IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joan P. Grove | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 132 C.D. 2017 |
| | : | |
| Port Authority of Allegheny County, Appellant | : : | |
| | | |
| Joan P. Grove | : | |
| | : | |
| v. | : | No. 195 C.D. 2017 |
| | : | |
| Port Authority of Allegheny County | : | |
| | : | |
| Appeal of: Joan P. Grove | : | |

# **O R D E R**

NOW, February 23, 2018, having considered Joan P. Grove's application for reargument and Port Authority of Allegheny County's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge